UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHN D. PAMPLIN,

Plaintiff,

v.

R. BAKER, et al.,

Defendants.

Case No. 3:20-CV-0043-MMD-CLB

**ORDER**

Plaintiff, John David Pamplin - Inmate #74405, is a frequent litigator in this court. Since late 2016, plaintiff has filed no fewer than nine civil rights actions and six habeas actions. Plaintiff has attended multiple inmate mediations in civil rights cases (3:16-CV-668, 3:16-CV-0745, 3:17-CV-0716, 3:18-CV-0333, 3:18-CV-0532). All the mediations have all proved either unsuccessful or resulted in a repudiated settlement requiring a motion to enforce (3:16-CV-0668-MMD-VPC).

The court has reviewed this particular case and, while not opining on the merits, has determined that it shall be excluded from the inmate mediation program in order to preserve the court's limited resources. An order granting *in forma pauperis* shall issue and this case shall proceed on the normal litigation track. The parties are free to privately discuss settlement if they so choose.

**DATED**: December 2, 2020

_____
**UNITED STATES MAGISTRATE JUDGE**