# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

JOHN DAVID PAMPLIN,

    Plaintiff,

v.

R. BAKER, et al.,

    Defendants.

Case No. 3:20-CV-00043-MMD-CLB

**ORDER RE: VIOLATION OF GENERAL ORDER 2021-05**

ECF No. 53

On October 13, 2021, this Court entered General Order No. 2021-05 ("GO 2021-05"), setting forth certain requirements and limitations for filings in Pro Se Inmate Non-Habeas Civil Rights cases. On 9/19/2022, Plaintiff filed a "reply to Defendant's reply to Plaintiff's Opposition", (ECF No. 53.)

This filing violates the following provision(s) of GO 2021-05:

- [ ] Motion, Opposition or reply exceeds page limit without leave of court. GO 2021-05, § 3(a).

- [XX] Improper Supplement or Sur-Reply filed without leave of court. GO 2021-05, § 3(b).

- [ ] Improper "Notice" or "Letter." GO 2021-05, § 3(d).

- [ ] Duplicate filing of previously filed motion, ECF No. _____. GO 2021-05, § 3(f).

- [ ] Improperly filed declaration, affidavit, or exhibit that is not filed in support of a motion, opposition, or reply. GO 2021-05, § 3(e).

1     Based on the above violations of GO 2021-05, ECF No. __53__ is:

2        [XX] Stricken

3        [ ] Denied.

**IT IS SO ORDERED.**

**DATED**: __9/19/2022__.

_____
**UNITED STATES MAGISTRATE JUDGE**

2